Karen HUSTON; Verlon Huston, Plaintiffs–Appellants,

v.

JOHNSON & JOHNSON; Ethicon, Inc., Defendants–Appellees.

No. 14–1219.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 28, 2014.

Decided: Nov. 10, 2014.

James H. Cook, Dutton, Braun, Staack & Hellman, PLC., Waterloo, Iowa, for Appellants. David B. Thomas, Philip J. Combs, Daniel R. Higginbotham, Thomas Combs & Spann, PLLC, Charleston, West Virginia; Susanna M. Moldoveanu, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Memphis, Tennessee; Christy D. Jones, John C. Henegan, Sr., Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Ridgeland, Mississippi, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Huston and Verlon Huston appeal the district court's order dismissing this action without prejudice for failure to comply with PreTrial Order 17. *See* Fed. R.Civ.P. 16(f)(1)(C), 37(b)(2)(A)(v). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Huston v. Johnson,* Nos. 2:13–cv–01222; 2:12–md–02327 (S.D.W.Va. Feb. 10, 2014).\* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* Three of Huston's claims on appeal were not raised below and are waived. *See Flores v. Ethicon, Inc.,* 563 Fed.Appx. 266, 270 n. 8 (4th Cir.2014). Accordingly, we have not addressed her contentions that: dismissal of the

action violates Fed.R.Civ.P. 11 and Multi–District Litigation Rule 10.15; Pretrial Order 17 violates due process; and Pretrial Order 17 conflicts with the Federal Rules of Civil Procedure.